THOMAS HURLEY, RESPONDENT, v. PUBLIC SERVICE
RAILWAY COMPANY, APPELLANT.

Argued May 22, 1928—Decided October 15, 1928.

For the appellant, *William H. Speer.*

For the respondent, *John J. Carlin.*

The opinion of the court was delivered by

CAMPBELL, J.    Respondent was driving a horse-drawn
truck, easterly, along the northerly side of Pavonia avenue,
toward the Erie ferry in Jersey City.   There had been a heavy
downpour of rain, and, for some distance from the ferry en-
trance, the street was covered with water.   He was driving in
this particular part of the roadway because it was in better
condition than other portions.   At a point about three hun-
dred feet from the ferry there is a switch, or cross-over, in
the tracks of the appellant company.   When one of the front
wheels of the truck struck this point the truck was suddenly
jerked, the horse thrown toward the right, and the rear por-
tion of the truck in the opposite direction.   Respondent was
thrown from the truck to the roadway and the rear wheel of
the truck passed over his leg causing injuries thereto requir-
ing amputation below the knee.

At the trial of an action for damages motions for nonsuit
and direction of verdict, upon the ground of lack of proof of

negligence, and that respondent was shown to have been guilty of contributory negligence were denied, and the exceptions to such rulings by the trial court form the bases of the present appeal.

The cause was submitted to the jury upon the theory that there was evidence that brought it within the rule laid down by this court in *Geise* v. *Mercer Bottling Co. et al.*, 87 *N. J. L.* 224.

This we conclude was correct, and that the cases of *Johnson* v. *Public Service Railway Co*, 83 *N. J. L.* 647, and *Fielders* v. *North Jersey Street Railway Co.*, 68 *Id.* 343, relied upon by the appellant, are not controlling if the proofs bringing the cause within *Geise* v. *Mercer Bottling Co., supra,* were found to be true, as they were, by the jury.

The judgment below is affirmed, with costs.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, HETFIELD, DEAR, JJ. 12.

*For reversal*—KATZENBACH, KAYS, JJ. 2.